**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

BRANDON Q. DAVENPORT                    CIVIL ACTION NO. 25-0597-P

VERSUS                                  JUDGE DONALD E. WALTER

A. CUPP                                 MAGISTRATE JUDGE PEREZ-MONTES

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge (Record Document 14) previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 4) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of June, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE